**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10   SAN JOSE DIVISION

11   Carol Kupneski,                          NO. C 05-01639 JW

12              Plaintiff,                    **ORDER TO SHOW CAUSE**
         v.                                   **RE: SETTLEMENT**
13
14   Certified Recovery Systems, L.L.P.,

15              Defendant.
     _____/

16       The Court conducted a case management conference on October 24, 2005.  At the conference,

17   counsel for the respective parties informed the Court that the above-entitled matter has reached a

18   settlement.  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **November**

19   **14, 2005**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

20       If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th

21   Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 21, 2005** at 9:00

22   a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b).

23   On or before **November 15, 2005**, the parties shall file a joint statement in response to the Order to Show

24   Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement

25   and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed

26   as ordered, the Order to Show Cause hearing will be automatically vacated.

27       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this

28   action.

| | |
|---|---|
| 1   Dated: October 25, 2005 | ____/s/ James Ware_____ |
| 2 | JAMES WARE<br>United States District Judge |

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

June D. Coleman jcoleman@mpbf.com
Mark Ewell Ellis mellis@mpbf.com
William E. Kennedy wkennedy@pacbell.net

**Dated: October 25, 2005**                    **Richard W. Wieking, Clerk**

                                               **By:____/s/ JW Chambers_____**
                                                   **Ronald L. Davis**
                                                   **Courtroom Deputy**

United States District Court
For the Northern District of California